```
                          FILED
                    December 29, 2010
                  CLERK, U.S. BANKRUPTCY COURT
                  EASTERN DISTRICT OF CALIFORNIA

                          0003173192
```

Certificate Number: 08381-CAE-CC-013386067

08381-CAE-CC-013386067

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 9, 2010</u>, at <u>11:51</u> o'clock <u>AM CST</u>, <u>Gary DeCarlo</u> received from <u>ConsumerBankruptcyCounseling.info, a Project of the Tides Center</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>December 23, 2010</u>          By:      <u>/s/Patricia Perez</u>

                                        Name:    <u>Patricia Perez</u>

                                        Title:   <u>counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).